# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES A. STRIPLING & TAMMY E. STRIPLING  Case Number: 04-73649
5129 SANDSTONE DRIVE  SSN-xxx-xx-7399 & xxx-xx-0153
LOVES PARK, IL  61111

Case filed on: 7/20/2004
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,770.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 207 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES A. STRIPLING | 0.00 | 0.00 | 380.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 380.00 | 0.00 |
| 001 | USED CAR CONNECTION | 300.00 | 300.00 | 300.00 | 21.10 |
| 045 | AARON'S RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 300.00 | 300.00 | 300.00 | 21.10 |
| 001 | USED CAR CONNECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THE CASH STORE / AAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 5,354.66 | 5,354.66 | 1,403.05 | 0.00 |
| 008 | ATTORNEY NORMAN G. KALINA, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BOLGRIEN, MINEAU, KOEPKE & KIMES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DOUGLAS D. MEYERS | 4,337.29 | 4,337.29 | 1,136.48 | 0.00 |
| 016 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FEDERAL COLLECTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FELD & KORRUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FIRST CONSUMER NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HOLLYWOOD ENTERTAINMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JBC & ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MARK A. MILANI DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MIDSTATE COLLECTION SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MONEY CONTROL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 271.44 | 271.44 | 71.13 | 0.00 |
| 027 | NATIONWIDE ACCEPTANCE | 2,498.66 | 2,498.66 | 654.71 | 0.00 |
| 028 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ONYX WASTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PALISADES COLLECTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | READER'S DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RETAIL RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RMH NEURO SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROCKFORD MERCANTILE AGENCY INC | 661.02 | 661.02 | 173.20 | 0.00 |
| 038 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ATTORNEY SALVATORE SPINELLI | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SBC CORPORATION | 476.13 | 476.13 | 124.76 | 0.00 |
| 042 | SCHOLASTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ST. JAMES SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | NICOR GAS | 815.85 | 815.85 | 213.77 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 048 | ROUNDUP FUNDING LLC | 718.89 | 718.89 | 188.37 | 0.00 |
| 049 | ROUNDUP FUNDING LLC | 912.46 | 912.46 | 239.09 | 0.00 |
| 050 | CHECK IT | 374.05 | 374.05 | 98.01 | 0.00 |
| 051 | MUTUAL MANAGEMENT SERVICES | 23.75 | 23.75 | 6.23 | 0.00 |
| | Total Unsecured | 16,444.20 | 16,444.20 | 4,308.80 | 0.00 |
| | Grand Total: | 18,108.20 | 18,108.20 | 6,352.80 | 21.10 |

Total Paid Claimant:    $6,373.90
Trustee Allowance:    $396.10
Percent Paid Unsecured:    26.20

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008            By  /s/Heather M. Fagan